



# MEMORANDUM OPINION

No. 04-10-00273-CR

Christopher **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 245851
Honorable Phil Chavarria Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed: May 19, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant

and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal.

*See id.*

PER CURIAM

DO NOT PUBLISH